John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 801888

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11155 | 013-0 | BEN COBBINAH<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx3704 | 1,384.23 | 172.95 | 0.00 | 172.95 |
| 04-11155 | 015-0 | BEN COBBINAH<br>Original Check written to:<br>HOME FURNITURE<br>P O BOX 105981 DEPT 52<br>ATLANTA, GA  30353-5981 | xxxxxxxxxxxxxx9831 | 0.00 | 1,671.68 | 0.00 | 1,671.68 |
| 04-11155 | 015-1 | BEN COBBINAH<br>Original Check written to:<br>HOME FURNITURE<br>P O BOX 105981 DEPT 52<br>ATLANTA, GA  30353-5981 | xxxxxxxxxxxxxx9831 | 3,584.26 | 715.74 | 0.00 | 715.74 |