B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Eastern District of Texas
Case No. **04–11155**
**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ben Cobbinah  
5655 Theresa  
Beaumont, TX 77705

Treva Edwards Cobbinah  
aka Treva January  
5655 Theresa  
Beaumont, TX 77705

Social Security No.:
xxx–xx–4703                    xxx–xx–5382

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/5/10

Bill Parker
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0540-1          User: judicej              Page 1 of 2            Date Rcvd: Apr 05, 2010
Case: 04-11155                Form ID: 13Y               Total Noticed: 77
```

The following entities were noticed by first class mail on Apr 07, 2010.

```
db/jdb     +Ben Cobbinah,   Treva Edwards Cobbinah,   5655 Theresa,   Beaumont, TX 77705-6322
cr        ++SECURITY FINANCE CENTRAL BANKRUPTCY,   P O BOX 1893,   SPARTANBURG SC 29304-1893
            (address filed with court: SFC-Central Bankruptcy,   209 Dawson Rd. Ste. 4B,
            Columbia, sc  29223)
cr         +U.S. Bank, N.A.,   c/o Barrett Burke Wilson Castle Daffin,   1900 St. James Place,   Suite 500,
            Houston, Tx 77056-4125
cr         +US Bank Home Mortgage,   c/o Barrett Burke,   1900 St. James Place,   Suite 500,
            Houston, TX 77056-4125
3812446     A T & T Worldnet,   P.O. Box 8222,   Aurora, IL  60572-8222
3812447     Anesthesia Associates,   P.O. Box 5587,   Beaumont, Texas  77726-5587
3812448     Associates/Citibank,   Credit Card Services,   P.O. Box 142319,   Irving, Texas  75014-2319
3812449    +Attorney General,   Taxation Division - Bankruptcy,   Box 12548 - Capitol Station,
            Austin, TX 78711-2548
3812450     Baylor Med Care,   P. O. Box 4800,   Houston, Texas  77210-4800
3812451    +Baylor Med Care,   c/o Account Service,   1802 N.E. Loop 410, Suite 400,
            San Antonio, Texas 78217-5221
3812452    +Beaumont Finance,   366 Fannin,   Beaumont, Texas 77701-3206
3812453     Beaumont Pathology Assoc.,   P.O. Box 7408,   Beaumont, Texas 77726-7408
3812454    +Beaumont Pathology Assoc.,   c/o Recovery Service Bureau,   P. O. Box 7369,
            Beaumont, Texas 77726-7369
3812455    +Beaumont Surgical Associates,   3560 College,   Beaumont, Texas 77701-4614
3812458    +Capital One,   c/o CCB Credit Services,   1045 Outer Park Dr.,   Springfield, IL 62704-4463
3812457    +Capital One,   c/o Encore Receivable Management,   400 N. Rogers Rd.,   Olathe, KS 66062-1212
3812459    +Capital One,   c/o Northland Group,   P.O. Box 390846,   Mail Code CP10,   Edina, MN 55439-0846
3812461     Catherine's,   c/o OSI Collection Services,   P.O. Box 946,   Brookefield, WI  53008-0946
3812460    +Catherine's,   P.O. Box 8181,   Gray, TN 37615-0181
3812464    +Chase,   c/o Collectcorp,   300 International Dr., Suite 100,   Williamsville, NY 14221-5783
3812463    +Chase,   c/o Alegis Group,   15 S. Main St., Suite 600,   Greenville, SC 29601-2768
3812462     Chase,   P. O. Box 154902,   Wilmington, DE  19850-5902
3812466    +Christus St. Elizabeth Hospital,   c/o TLRA,   2600 N. Loop West, Suite 240,
            Houston, Texas 77092-8900
3812465     Christus St. Elizabeth Hospital,   P.O. Box 840968,   Dallas, Texas  75284-0968
3812468     Christus St. Elizabeth Hospital,   c/o ARMS,   P.O. Box 650780,   Dallas, Texas  75265-0780
3812467     Christus St. Elizabeth Hospital,   c/o Recovery Service Bureau,   P.O. Box 7369,
            Beaumont, Texas  77726-7369
3826776    +CitiFinancial,   PO Box 1646,   Nederland, TX 77627-1646
3812469     Citibank,   P.O. Box 6000,   The Lakes, NV 88901-6001
3812470    +Citibank,   c/o Law Office of Regent & Assoc.,   2650 Fountainview Dr., Suite 332,
            Houston, Texas 77057-7661
3812471    +Citifinancial,   1515 S. Hwy. 69,   Nederland, Texas 77627-7807
3825304    +Conn CC, L.P., d/b/a Conn Credit Company,   P O Box 2358,   Beaumont, Texas 77704-2358
3812472    +Conn's Credit Corp.,   Attn: Legal Department,   P. O. Box 2358,   Beaumont, TX 77704-2358
3812474    +Cypress Fairbanks Medical Center,   c/o NCO Financial Systems,   25210 Crenshaw Blvd.,
            Torrance, CA 90505-6134
3812473     Cypress Fairbanks Medical Center,   c/o Central Financial Control,   P.O. Box 80953,
            Dallas, Texas  75380-9053
3812475    +Delta Loans,   95-B North 11th Street,   Beaumont, Texas 77702-2229
3812477     Discover,   c/o Encore Receivable Management,   P.O. Box 3330,   Olathe, KS  66063-3330
3812478    +Eric Dineen, MD,   148 S. Dowlen, PMB 613,   Beaumont, Texas 77707-1755
3812479    +Eric Dineen, MD,   c/o Cisco, Inc.,   1702 Townhurst,   Houston, Texas 77043-2811
3812482    +Gordon's Jewelers,   c/o OSI Collection Services,   P.O. Box 983,   Brookfield, WI 53008-0983
3812480     Gordon's Jewelers,   P.O. Box 9025,   DesMoines, IA  50368-9025
3812481     Gordon's Jewelers,   c/o Encore Receivable Management,   P.O. Box 3330,   Olatha, KS  66063-3330
3812483     Home Furniture,   P.O. Box 105981 Dept. 102,   Atlanta, GA 30353-5981
3812484     Home Furniture,   c/o Arrow Financial Services,   P.O. Box 469005,   Chicago, IL  60646-9005
3812487     LabCorp,   P. O. Box 2240,   Burlington, NC  27216-2240
3812488     Lauree Thompson, M.D.,   P.O. Box 4703,   Dept. TX 10065,   Houston, Texas  77210-4703
3812489    +Liberty County CAD,   P.O. Box 1810,   Liberty, Texas 77575-1810
3812490    +Liberty County TAC,   P.O. Box 10288,   Liberty, Texas 77575-7788
3812492    +Monogram CC Bank of Georgia,   c/o Arrow Financial Services,   5996 W. Touhy Ave.,
            Niles, IL 60714-4610
3812493    +Radiology Assoc.,   P. O. Box 12480,   Beaumont, Texas 77726-2480
3812494     SBC Long Distance,   P.O. Box 660688,   Dallas, Texas  75266-0688
3812495     SBC Southwestern Bell,   P. O. Box 930170,   Dallas, Texas 75393-0170
3956396    +SBC Southwestern Bell Telephone Co.,   c/o Bankruptcy Dept.,   PO Box 769,
            Arlington, TX 76004-0769
3939921    +SFC - Central Bankruptcy & Recovery Dept.,   209 Dawson Rd. Ste. 4B,   Columbia, SC 29223-1740
3812496     State Comptroller of Texas,   c/o Office of the Attorney General,   P. O. Box 12548,
            Austin, TX  78711-2548
3812497    +Sun Loan,   49 N. 11th Street,   Beaumont, Texas 77702-2224
3812498    +Sunbelt Credit,   360 Fannin St.,   Beaumont, Texas 77701
3812499     Texaco/Citibank,   P.O. Box 15687,   Wilmington, DE  19850-5687
3812502    +Texaco/Citibank,   c/o Northland Group,   P.O. Box 390905,   Edina, MN 55439-0905
3812500     Texaco/Citibank,   c/o Plaza Associates,   P.O. Box 18008,   Hauppauge, NY  11788-8808
3812501    +Texaco/Citibank,   c/o LTD Financial,   7322 SW Freeway, Suite 1600,   Houston, Texas 77074-2053
3812505     U.S. Bank Home Mortgage,   P.O. Box 790415,   St. Louis, MO  63179-0415
3937936    +U.S. Bank, N.A.,   c/o National Default Servicing Corp.,   2525 Camelback, Ste. 200,
            Phoenix, AZ 85016-4224
3938089    +U.S. Bank, N.A.,   c/o National Default Servicing Corporati,   2525 Camelback, Ste 200,
            Phoenix, AZ 85016-4224
3844229   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank,   PO Box 5229,   Cincinnati, OH 45201)
3812507     US Bancorp,   P.O. Box 790139,   St. Louis, MO  63179-0139
```

```
District/off: 0540-1          User: judicej              Page 2 of 2                Date Rcvd: Apr 05, 2010
Case: 04-11155                Form ID: 13Y               Total Noticed: 77
```

```
3812506      +United States Attorney,   Eastern District of Texas,    350 Magnolia, Suite 150,
              Beaumont, Texas 77701-2254
3812508      +Walter J. Bordages, Ph.D.,   6885 Phelan Blvd.,   Beaumont, Texas 77706-5993
The following entities were noticed by electronic transmission on Apr 05, 2010.
cr            E-mail/Text: bknotice@ncmllc.com                              NCM TRST,   8245 Tournament Drive,
              Suite 285,   Memphis, TN 38125
3812456       EDI: CAPITALONE.COM Apr 05 2010 19:18:00      Capital One,   P.O. Box 85015,
              Richmond, VA 23285-5015
3983206      +EDI: CAPITALONE.COM Apr 05 2010 19:18:00      Capital One FSB,   PO Box 85167,
              Richmond, VA 23285-5167
3812460      +EDI: CITICORP.COM Apr 05 2010 19:18:00      Catherine's,   P.O. Box 8181,   Gray, TN 37615-0181
3812469       EDI: CITICORP.COM Apr 05 2010 19:18:00      Citibank,   P.O. Box 6000,   The Lakes, NV 88901-6001
3812476       EDI: DISCOVER.COM Apr 05 2010 19:18:00      Discover,   P. O. Box 15251,
              Wilmington, DE 19886-5251
3812485       EDI: IRS.COM Apr 05 2010 19:18:00      Internal Revenue Service,   P. O. Box 21126,
              Philadelphia, PA 19114
3812491       EDI: RMSC.COM Apr 05 2010 19:18:00      Monogram CC Bank of Georgia,   P. O. Box 9001557,
              Louisville, KY 40290-1557
3812494       EDI: ATTWIREBK.COM Apr 05 2010 19:18:00      SBC Long Distance,   P.O. Box 660688,
              Dallas, Texas 75266-0688
3812495       EDI: ATTWIREBK.COM Apr 05 2010 19:18:00      SBC Southwestern Bell,   P. O. Box 930170,
              Dallas, Texas 75393-0170
3873585       EDI: RESURGENT.COM Apr 05 2010 19:23:00      Sherman Acquisition LP., its successors and assign,
              P.O. Box 10587,   Greenville, SC 29603-0587
3812503      +E-mail/Text: redpacer@twc.state.tx.us                              Texas Workforce Commission,
              TWC Building - Tax Dept.,   Austin, TX 78778-0001
3938089      +EDI: USBANKARS.COM Apr 05 2010 19:18:00      U.S. Bank, N.A.,
              c/o National Default Servicing Corporati,   2525 Camelback, Ste 200,   Phoenix, AZ 85016-4224
3937936      +EDI: USBANKARS.COM Apr 05 2010 19:18:00      U.S. Bank, N.A.,
              c/o National Default Servicing Corp.,   2525 Camelback, Ste. 200,   Phoenix, AZ 85016-4224
3844229       EDI: USBANKARS.COM Apr 05 2010 19:18:00      US Bank,   PO Box 5229,   Cincinnati, OH 45201
3812507       EDI: USBANKARS.COM Apr 05 2010 19:18:00      US Bancorp,   P.O. Box 790139,
              St. Louis, MO 63179-0139
3918114       EDI: ECAST.COM Apr 05 2010 19:18:00      eCAST Settlement Corporation, assignee of,
              Associates National Bank,   P.O. Box 35480,   Newark, NJ 07193-5480
3884698       EDI: ECAST.COM Apr 05 2010 19:18:00      eCAST Settlement Corporation, assignee of,
              Citibank USA NA,   P.O. Box 35480,   Newark, NJ 07193-5480
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3812486*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,   P. O. Box 21126,   Philadelphia, PA 19114)
3891058*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,   P. O. Box 21126,   Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**                    **Signature:**     *Joseph Speetjens*